UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF TOMBSTONE,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　Defendants - Appellees. | No. 12-16172<br><br>D.C. No. 4:11-cv-00845-FRZ<br>U.S. District Court for Arizona,<br>Tucson<br><br>**MANDATE** |

　　　　The judgment of this Court, entered December 21, 2012, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Craig Westbrooke
　　　　　　　　　　　　　　　　　　Deputy Clerk